RICHARD L. BROPHY, Armstrong Teasdale LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by MARK A. THOMAS, ZACHARY CHARLES HOWENSTINE.

SPIRO BEREVESKOS, Woodard, Emhardt, Moriarty, McNett & Henry LLP, Indianapolis, IN, argued for defendants-appellees. Also represented by WILLIAM ALEX MCKENNA.

(Wallach, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

JOSEPH GERARD PICCOLO, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, SARAH E. CRAVEN.

(Moore, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

## IN RE: Nicholas William FERRI, David J. Earley, Appellants

### 2016-1877

United States Court of Appeals, Federal Circuit.

February 13, 2017

DANIEL P. HOMILLER, Murphy, Bilak & Homiller, PLLC, Cary, NC, argued for appellants.

## Ulrich SPECK, Appellant

v.

## Brian L. BATES, Anthony O. Ragheb, Joseph M. Stewart, IV, William J. Bourdeau, Brian D. Choules, James D. Purdy, Neal E. Fearnot, Appellees

### 2016-1879

United States Court of Appeals, Federal Circuit.

February 13, 2017

BRYAN PATRICK COLLINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA,